UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

YANPING WANG,

    Plaintiff,

vs.

WILLIAM MARTINES, ONE LILY PAD, LLC, AND ONE MANAGEMENT GROUP, LLC,

    Defendants.

Case No. 25-cv-
Honorable

## COMPLAINT FOR BREACH OF CONTRACT AND ENTRY OF CONSENT JUDGMENT

Plaintiff Yanping Wang ("Ms. Wang") complains against Defendants William Martines ("Mr. Martines"), One Lily Pad, LLC ("One Lily Pad"), and One Management Group, LLC ("One Management Group," and together with Mr. Martines and One Lily Pad, "Defendants") as follows:

### PARTIES, JURISDICTION AND VENUE

1. Ms. Wang is an individual who is domiciled in, and a citizen of, Cleveland, Ohio.

2. On information and belief, Mr. Martines is an individual who is domiciled in, and a citizen of, Rochester, Michigan.

3.     One Lily Pad is a Michigan limited liability company with its principal place of business in Rochester, Michigan. On information and belief, Mr. Martines is the sole member of One Lily Pad. For purposes of diversity jurisdiction, One Lily Pad is a citizen of Michigan.

4.     One Management Group is a Michigan limited liability company with its principal place of business in Rochester, Michigan. On information and belief, One Management Group's sole member is Mr. Martines. For purposes of diversity jurisdiction, One Management Group is a citizen of Michigan.

5.     This Court has subject matter jurisdiction over this action under 28 U.S.C. §1332. There is complete diversity between the parties because the dispute is between a Plaintiff who is a citizen of Ohio and Defendants that are citizens of Michigan. The amount in controversy exceeds $75,000, exclusive of interest, costs and attorneys' fees.

6.     Venue is proper in this Court under 28 U.S.C. §1391(b) because Defendants are residents of the state of Michigan and reside in this district and because Defendants' breach of contract occurred in this district.

## BACKGROUND

7.     Mr. Martines and One Lily Pad were defendants in a case titled *Chuanhua Yang v. One Lily Pad, LLC and William Martines*, Case No. 2:23-cv-

13248-BRM-CI in the United States District Court for the Eastern District of Michigan (the "Original Litigation").

8. On September 18, 2025, Ms. Wang, Mr. Martines, One Lily Pad, and One Management Group, entered into a confidential settlement agreement to settle the Original Litigation (the "Settlement Agreement"). There were three other parties to the Settlement Agreement who are not parties to the instant action.

9. Mr. Martines signed the settlement agreement on behalf of himself, One Lily Pad, and One Management Group.

10. Pursuant to the Settlement Agreement, Mr. Martines and One Lily Pad agreed to jointly and severally pay Ms. Wang $183,627.85 by wire transfer on or before September 30, 2025 at 5:00 p.m. Eastern Time.

11. Simultaneously with the Settlement Agreement, Mr. Martines and One Lily Pad executed a pocket Consent Judgment (the "Consent Judgment," attached hereto as Exhibit A). Pursuant to the Settlement Agreement, they agreed that Ms. Wang would hold the Consent Judgment and be entitled to enter it in this Court upon the occurrence of an uncured Event of Default.

12. Pursuant to the Settlement Agreement, an "Event of Default" includes the failure by Mr. Martines and/or One Lily Pad to timely make the $183,627.85 payment to Ms. Wang.

13. Pursuant to the Consent Judgment, if an Event of Default occurs, One Lily Pad, One Management Group, and Mr. Martines are jointly and severally responsible for the judgment amount of $183,627.85, plus 12% interest per annum, plus Ms. Wang's attorneys' fees and costs.

14. Neither Mr. Martines nor One Lily Pad made the $183,627.85 payment to Ms. Wang on or before September 30, 2025.

15. Thus, an Event of Default occurred, and Mr. Martines and One Lily Pad have breached the Settlement Agreement.

16. At the time of filing this Complaint, Ms. Wang still has not been paid. Thus, the Event of Default remains uncured.

17. Ms. Wang is entitled to immediate entry of judgment against Mr. Martines and One Lily Pad in the amount of $183,627.85, plus interest, attorneys fees, and costs.

18. Therefore, Ms. Wang respectfully requests entry of the Consent Judgment attached hereto as Exhibit A.

## COUNT I
## BREACH OF CONTRACT

19. Plaintiff incorporates all prior paragraphs as it set forth here fully.

20. The Settlement Agreement is a valid and binding contract between the parties.

21. Plaintiff has fully performed her obligations under the Settlement Agreement.

22. Defendants' failure to pay Plaintiff $183,627.85 by 5:00 p.m. Eastern Time on September 30, 2025 constitutes a breach of the Settlement Agreement.

23. Defendants' breach caused damages to Plaintiff in the amount of $183,627.85, plus interest, attorneys' fees, and costs.

24. Defendants agreed that if they defaulted under the terms of the Settlement Agreement, Plaintiff was entitled to enter the Consent Judgment in this Court, which would entitle Plaintiff to payment of $183,627.85, plus 12% interest per annum, plus Plaintiff's attorneys' fees and costs.

WHEREFORE, Plaintiff respectfully requests that this Court enter the Consent Judgment attached hereto as Exhibit A against Defendants and enter a judgment in favor of Plaintiff and against Defendants in the amount of $183,627.85, plus interest, costs, and attorneys' fees.

                    Respectfully submitted,

                    BODMAN PLC

                    By: /s/ Michelle Thurber Czapski (P47267)
                    Michelle Thurber Czapski (47267)
                    Nathan D. Dupes (P75454)
                    201 W. Big Beaver Road, Suite 500
                    Troy, Michigan 48084
                    (248) 743-6000
                    mczapski@bodmanlaw.com
                    ndupes@bodmanlaw.com
October 9, 2025          *Attorneys for Plaintiff*